# United States District Court
# District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2014 AUG -4  A 11: 58

ERNESTO RIVERA
_____
Plaintiff

v.

NASHUA POLICE DEPT., EX., AL.,
_____
Defendant(s)

Civil Action No. __1:14-cv-339—PB__
(To be provided by Clerk's Office)

**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
(X) DEMAND FOR JURY TRIAL
( ) NO JURY TRIAL DEMAND

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

I. Parties

A. Please provide the following information for each plaintiff:

1. Name __RIVERA__   __ERNESTO__   _____
   (Last)           (First)         (Initial)

2. Place of Detention __Hillsborough County, Dept of Corrections__

3. Institutional Address __445 S. Willow Street__
   __Manchester, N.H. 03104__

4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

   ☒ Pretrial Detention Order
   ☐ Sentenced Inmate

5. Date pretrial detention order was issued or sentence imposed __July 31, 2013__

B. Please provide the full name, current title and address known for each defendant:

1. Name  __Nashua_____Police Dept., Ex,,AL,_____
          (Last)                    (First)                  (Initial)

2. Title __Domestic Violence Unit, Crime Investigation Div._____

3. Address __Panther Drive_____
          __Nashua, N.H. 03060_____

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II. Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: __"Color of Law"_____

Supporting *Facts*: July 21, 2013 while the plaintiff, Ernesto Rivera, was detained upon simple assault and alleged drug possession. Nashua Police Officers: Speakle #91, Nashua Police officers Nicole Brooks, did violate the plaintiff, Ernesto Rivera, Civil Rights By abusing the 14th Amendment of United States Constitution and the Civil Rights thru Selective and Vindictive Arrest thru arrest and a abuse of there authority while acting under the "Color of Law."

Allegation 2: "Color of Law"

Supporting Facts: Hudson Police Officers: Thomas Scotty and Nashua Police Officers: Nicole Brooks, did upon Aug 23, 2013 enter the Plaintiff home without a lawful search warrant, between the hours 10 AM & 11 AM, and not any evidence was found and nor was a search warrant signed by any judge of Hillsborough County.

Allegation 3: "Color of Law"

Supporting Facts: The abuse of power by Nashua Police Officers Brooks and several Hudson Police Officers, did not find any weapon. Later on within the day of August 23, 2013, Mr. Rivera longtime girlfriend did contact law enforcement officers and stated, I have found what you were looking for. The destruction of Mr. Rivera property by law enforcement officers is a violation of the United States Constitution.

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III.    Relief $1,763,280.00 Compensational and Punitive Damages.

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary): Thru Selective and Abuse of Power, while acting under the Color of State Law, certain officers of the Nashua Police Department and Hudson Police Department did abuse there authority thru abuse of authority and vindictive and selective use of the color of law.

Date: 7-22-2014

Signature of Plaintiff

State of New Hampshire            ]
                                  ]  ss
County of  HILLSBORUGH            ]


ERNESTO RIVERA_____, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.


Subscribed and sworn before me this _____ day of _____, 20___..


_____
Notary Public/Justice of the Peace

**O R**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

____7-22-2014____                   ___[signature]_____
      DATE                                SIGNATURE


**JURY TRIAL DEMAND**

I demand a jury trial for all claims for which a jury trial is allowed.

YES (✓)     NO (__)
**(check one only)**

Date: 7-22-2014                    ___[signature]_____
                                    Signature of Plaintiff

JS 44 (Rev 09/11)

# CIVIL COVER SHEET

The JS 44 civil coversheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ERNESTO RIVERA

## DEFENDANTS
NASHUA POLICE DEPT., EX., AL,

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2014 AUG -4 A 11:57

(b) County of Residence of First Listed Plaintiff: HILLSBOROUGH
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: HILLSBROUGH
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an X in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an X in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an X in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☒ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| | ☐ 345 Marine Product Liability | LABOR | SOCIAL SECURITY | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / PERSONAL PROPERTY / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 895 Freedom of Information Act |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | | FEDERAL TAX SUITS | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights / ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / Habeas Corpus | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | | ☐ 535 Death Penalty | IMMIGRATION | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 448 Education / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an X in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
COLOR OF LAW

Brief description of cause:
ILLEGAL ARREST SELECTIVE, VINDICTIVE PROSECUTION, BECAUSE OF RACE.

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 1,7623,280.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____
DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

---

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____