UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Ernesto Rivera</u>

       v.                                     Civil No. 14-cv-339-PB

<u>Nashua Police Department, et al</u>

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 4, 2015. Claims 1-3, 5 and 9 are dismissed, and defendants Spinkle, the City of Nashua and the town of Hudson are dropped from this action for reasons set forth in the Report and Recommendation.

    SO ORDERED.

                                           /s/ Paul Barbadoro
                                           Paul Barbadoro
                                           United States District Judge

Date: July 10, 2015

cc:   Ernesto Rivera, pro se