UNITED STATES DISTRICT.                    DEC. TERM, 2022.

FOR THE DISTRICT OF NEW HAMPSHIRE

ERNESTO RIVERA (PLAINTIFF.)                    CASE # 1-14-CV-339-PB.

    V.

NICOLE BROOKS HANNIGAN. ET, AL.
    (DEFENDANTS).

## RE: MOTION STATUS REPORT

NOW COMES, THE PLAINTIFF ERNESTO RIVERA PRO SE', IN THE ABOVE ENTITLED MENTION AND STATES THE FOLLOWING:

① PER ORDER OF THE COURTS OF THE NOV. TERM STATUS REPORT, THE PLAINTIFF AVERS THAT HIS CASE # 2016-0006 WAS AFFIRMED. FOR HIS CASE # 2016-0007 IS STAY PENDING HEARING IN JAN. 13, 2023. THE PLAINTIFF BEEN TRANSFERRED TO THE PRISON IN CONCORD. ON NOV. 18, 2022 FILED A PETITION FOR WRIT OF HABEAS CORPUS IN MERRIMACK COUNTY SUPERIOR COURT. IT HAS BEEN DOCKETED AS RIVERA V. EDMARK. NO. # 217-2022-CV-01068. AS FOR DOCKET # 226-2013-CR-612 (TEMPLE. J.) DENIED MOTION INEFFECTIVE ASSISTANCE COUNSEL (12.5.22) CLAIM. COUNSEL IS IN THE PROCESS OF FILING RECONSIDERATION TO PRESERVE THE RECORD FOR POSSIBLE APPEAL. WHEREFORE, THE PLAINTIFF REQUEST THIS HONORABLE COURT GRANT STAY AND DEC. TERM STATUS REPORT.

RESPECTFULLY SUBMITTED,

_(signature)_

## CERTIFICATE OF SERVICE

I HEREBY ATTEST THAT A COPY FOREGOING MOTION STATUS REPORT WAS MAILED ON THIS DATE: 12/9/22 TO THE CLERK OF COURT UNITED STATES DISTRICT OF NEW HAMPSHIRE 55 PLEASANT ST. CONCORD, NH. 03302 AND DEFEDANTS ATTORNEY MATTHEW BURROWS, ESQ. 214 N. MAIN ST. CONCORD, NH. 03302, BRIAN J.S. CULLEN, ESQ. 10 E. PEARL ST. NASHUA, NH. 03060

_(signature)_ PRO SE'

FILED - USDC -NH
2022 DEC 12 AM 10:59

ERNESTO RIVERA 110430
P.O. BOX 14
CONCORD, NH. 03302

9 DEC 2022   PM 3  L

FOREVER / USA

~ LEGAL MAIL ~

UNITED STATES DISTRICT FOR
THE DISTRICT OF NEW HAMPSHIRE
% CLERK OF COURTS
55 PLEASANT ST.
CONCORD, NH. 03302

*"Mailed from the NH State Prison. Contents have not been evaluated. Not Responsible for content/substance."*

03301-394135